United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Cody Lovins, | § | |
| | § | |
| *versus* | § | Civil Action 4:26–cv–05560 |
| | § | |
| Apple, Inc.. | § | |

## Recusal Order

1.    I stand recused in this case.

2.    Deadlines in scheduling orders subsist. Court settings are vacated.


Signed on July 17, 2026, at Houston, Texas .


Hon. Charles Eskridge
United States District Judge