**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Cody Lovins | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26–cv–05560 |
| | § | |
| | § | |
| Apple, Inc. | § | |
| | § | |

# Notice of Reassignment

This case is reassigned to Judge Nicholas J Ganjei.


Entered:  July 17, 2026

Nathan Ochsner, Clerk